ACCEPTED
12-15-00115-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/11/2015 4:38:56 PM
CATHY LUSK
CLERK

CASE NO. 12-15-00115-CV

| | | |
|---|---|---|
| IN RE CHRISTY AND KORY HILL | § | IN THE COURT OF APPEALS |
| | § | 12th COURT OF APPEALS |
| | § | TYLER, TEXAS |
| | § | IN AND FOR THE 6TH DISTRICT |
| | § | CATHY S. LUSK |
| | § | Clerk |
| | § | |
| | § | OF THE STATE OF TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/11/2015 4:38:56 PM
CATHY S. LUSK
Clerk

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUSTICES OF THE COURT:

The parties have reached an agreement that the defendants will voluntarily disclose the net worth discovery requested in the petition for writ of mandamus. A Rule 11 agreement to that effect is enclosed. The parties respectfully request that this court dismiss the petition, as the underlying controversy has been resolved.

Respectfully submitted,

SNOW E. BUSH, JR., P.C.
420 N. Center Street
Longview, TX 75601
Tel. (903) 753-7006
Fax. (903) 753-7278
E-mail: jonathanwharton1@sbcglobal.net

/s/ Jonathan Wharton
By:_____
    JONATHAN WHARTON
    STATE BAR NO. 24075764
    ATTORNEY FOR RELATORS,
    CHRISTY AND KORY HILL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been delivered to Adam B. Allen, counsel for the Real Parties-in-Interest, on this the 11th day of June, 2015.

/s/ Jonathan Wharton

_____
JONATHAN WHARTON

Adam B. Allen

205 W. Locust, Tyler, Texas 75702
Office: (903) 533-9447
Fax:    (903) 595-3766
AAllen@WhiteShaverLaw.com

June 11, 2015

Via Email

Mr. Jonathan Wharton
Attorney at Law
420 N. Center St.
Longview TX 75601

> Re:    Cause No. 2014-2357-A; *Hill v. Shaw, et al;* 188th District Court, Gregg County, Texas

Dear Jonathan:

Please allow this letter to confirm our agreement made pursuant to Rule 11 of the Texas Rules of Civil Procedure. This agreement will pertain specifically to the following:

1) Defendants each agree to provide a net-worth statement in response to Plaintiffs' second set of interrogatories and request for production. Plaintiffs' concede that defendants' agreement to produce the requested information to plaintiffs renders the underlying mandamus concerning the trial judge's ruling on the 'non-discoverability' of this information 'moot.'

2) Irrespective of the above, Defendant Engines Unlimited intends to assert a cross-claim for contribution and indemnity against the seller of the subject vehicle. Defendant will contend, through information and belief, that the seller who was in a superior bargaining position, knowingly concealed a defect with the vehicle – namely that the engine of the vehicle was a 'lemon' or structurally impaired to the point of worthlessness.

3) Defendant further agrees that the filed and pending 'mechanic's lien' filed in Gregg County will be removed.

4)  In exchange for the above concessions and agreements, plaintiff agrees to voluntarily dismiss the pending mandamus filed with the Twelfth Court of Appeals, styled *In re Christy and Kory Hill*, filed on May 1, 2015.

5)  Plaintiff also agrees that he will dismiss the pending motion(s) to remove invalid lien currently pending and set for hearing. In conjunction with this agreement, plaintiffs agree to relieve Mr. Andrew Shaw of his responsibility to appear pursuant to a subpoena

requiring him to appear for hearing on plaintiffs' motion(s) to declare mechanic's lien invalid.

If the above accurately sets forth our agreements on the stated issues, please sign in the space provided below. If you'd like to discuss the language of the parties' agreement, please feel free to contact me at 903-533-9447, or on my cell at 903-312-6219.

Yours very truly,

WHITE SHAVER

Adam B. Allen

ABA/mkr

AGREED:

_____
Jonathan Wharton, Attorney for
Plaintiffs